# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3231
_____

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS,

Petitioner,

v.

EAGER BEAVER, LLC,

Respondent.
_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 10, 2018

PER CURIAM.

Petitioner's Petition for Writ of Certiorari is denied.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.
_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Alison Rogers, County Attorney, and Meredith D. Crawford, Assistant County Attorney, of the Escambia County Attorney's Office, Pensacola, for Petitioner.

Charles F. Beall, Jr., and George R. Mead, II, of Moore, Hill & Westmoreland, P.A., Pensacola, for Respondent.